```
AMY MARIE BANNISTER          MONEYLION, INC               VERIZON WIRELESS
9820 CLAYTON CEMETERY RD     ATTN:  BANKRUPTCY DEPT       ATTN: BANKRUPTCY DEPT
LAUDERDALE, MS 39335         P.O. BOX 1547                P.O.BOX 408
                             SANDY, UT 84091              NEWARK, NJ 07101


THOMAS C. ROLLINS, JR.       NELNET
THE ROLLINS LAW FIRM, PLLC   PO BOX 82561
P.O. BOX 13767               LINCOLN, NE 68501
JACKSON, MS 39236


AMERICAN CREDIT ACCEP        PERPAY INC
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
961 E MAIN ST, FL 2          2400 MARKET STREET
SPARTANBURG,, SC 29302       SUITE 300
                             PHILADELPHIA, PA 19103


BRADY J HOWELL               PORTFOLIO RECOVERY
6261 13TH AVE                ATTN: BANKRUPTCY
MERIDIAN, MS 39305           120 CORPORATE BLVD
                             NORFOLK, VA 23502


COVINGTON CREDIT             POSSIBLE FINANCE
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY DEPT
P.O.BOX 1947                 PO BOX 98686
GREENVILLE, SC 29602         LAS VEGAS, NV 89193


CREDIT ACCEPTANCE            SELF/FIRST CENTURY BAN
ATTN: BANKRUPTCY             901 E 6TH ST
25505 WEST 12 MILE RD        AUSTIN, TX 78702
STE 3000
SOUTHFIELD, MI 48034


CREDIT COLLECTION SERV       SHAELEY FINCH
ATTN: BANKRUPTCY             5934 CENTER HILL RD
725 CANTON ST                BAILEY, MS 39320
NORWOOD, MA 02062


DISCOVERCARD                 SINGING RIVER FCU
PO BOX 30939                 6006 HIGHWAY 63
SALT LAKE CITY, UT 84130     MOSS POINT, MS 39563


FOCUS RECEIVABLES            SPRINGLF FIN
1130 NORTHCHASE PRKWY        PO BOX 1010
SE SUITE 150                 EVANSVILLE, IN 47706
MARIETTA, GA 30067
```