AMY MARIE BANNISTER
9820 CLAYTON CEMETERY RD
LAUDERDALE, MS 39335

FOCUS RECEIVABLES
1130 NORTHCHASE PRKWY
SE SUITE 150
MARIETTA, GA 30067

PURCHASING POWER***
1375 PEACHTREE STREET
SUITE 500
ATLANTA, GA 30309

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

IRS***
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

SCOTTS RTO
PO BOX 100
MELBER, KY 42069

ADVANCE FINANCIAL***
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

IRS***
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SELF/FIRST CENTURY BAN
901 E 6TH ST
AUSTIN, TX 78702

AMERICAN CREDIT ACCEP
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302

MONEYLION, INC
ATTN:  BANKRUPTCY DEPT
P.O. BOX 1547
SANDY, UT 84091

SHAELEY FINCH
5934 CENTER HILL RD
BAILEY, MS 39320

BRADY J HOWELL
6261 13TH AVE
MERIDIAN, MS 39305

MS DEPT OF REVENUE***
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

SINGING RIVER FCU
6006 HIGHWAY 63
MOSS POINT, MS 39563

COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

NELNET
PO BOX 82561
LINCOLN, NE 68501

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

PERPAY INC
ATTN: BANKRUPTCY
2400 MARKET STREET
SUITE 300
PHILADELPHIA, PA 19103

SUMMIT MANAGEMENT GROU
P.O. BOX 489
MILAN, TN 38358

CREDIT COLLECTION SERV
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

US ATTORNEY GENERAL***
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

POSSIBLE FINANCE
ATTN: BANKRUPTCY DEPT
PO BOX 98686
LAS VEGAS, NV 89193

VERIZON WIRELESS
ATTN: BANKRUPTCY DEPT
P.O.BOX 408
NEWARK, NJ 07101