# Proceeding Minutes / Proceeding Memo

**Case #:** 26-00511        **Case Name:** Amy Marie Bannister

**Set:** 05/19/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #26) - ORDER WITHDRAWING TO BE SUBMITTED BY RAWLINGS

---

Minute Entry Re: (related document(s): [7] Confirmation Hearing) Rawlings to submit an Order withdrawing the Trustee's Objection [26]. Order due by 06/02/2026. Confirmation hearing removed. (mcc)