_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Amy Marie Bannister, Debtor**          **Case No. 26-00511-KMS**
                                                               **CHAPTER 13**

## ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13
## TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk #

 36 ) filed by the Debtor, the Court having considered same, finds that that the relief requested is

appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under

Chapter 13 to Chapter 7 of the Bankruptcy Code.

### ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533