Certificate Number: 15322-MSS-DE-041051229

Bankruptcy Case Number: 26-00511



15322-MSS-DE-041051229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 10:39 o'clock AM CDT, Amy Bannister completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 3, 2026                         By:   /s/Gene Bralewski

Name:   Gene Bralewski

Title:   Certified Credit Counselor