United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 26-00511-KMS

Amy Marie Bannister                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Jun 08, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID                     Recipient Name and Address**
db               + Amy Marie Bannister, 9820 Clayton Cemetery Rd, Lauderdale, MS 39335-9679

              + Vertex Aerospace, Attn Payroll Dept, 555 Industrial Dr South, Madison, MS 39110-9072

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026             Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

**Name                     Email Address**

Derek A Henderson T1
        trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Samuel J. Duncan
        on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
        on behalf of Debtor Amy Marie Bannister trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING:
  AMY MARIE BANNISTER                                26-00511 KMS
  9820 Clayton Cemetery Rd
  Lauderdale, MS  39335                              SSN:  XXX-XX-3622

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    VERTEX AEROSPACE
    ATTN:  PAYROLL DEPT
    555 INDUSTRIAL DR. SOUTH
    MADISON, MS  39110

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011


IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net