# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3GKALPEV7JL238428 | GMC | 2018 | TERRAIN | UV | MS1069979136 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 06/16/2021 | | 4 | USED | PC | 68688 ACTUAL |

**OWNER(S)**

BANNISTER, AMY MARIE
6261 13TH AVE
MERIDIAN MS 39305-1254

**BRANDS**

**1ST LIENHOLDER**

AMERICAN CREDIT ACCEPTANCE
PO BOX 4419
WILMINGTON OH 45177-4419

**DATE:**  06/04/2021

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

AMERICAN CREDIT ACCEPTANCE
PO BOX 4419
WILMINGTON  OH 45177-4419

M25-4



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
(LIENHOLDER)                                              (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

**2ND LIEN** _____ **BY** _____
(LIENHOLDER)                                              (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **16TH** DAY OF **JUNE** 20 **21**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue  This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1  Mississippi Code of 1972  and subject to the provisions thereof

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

**\*\*\*NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW\*\*\***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership  Failure to complete, or providing a false statement, may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1. The mileage stated is in excess of its mechanical limits

☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

_____
ODOMETER READING (No Tenths)

**SELLER:**

Signature(s) _____ Printed Name(s) _____ Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____ Printed Name(s) _____

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1. The mileage stated is in excess of its mechanical limits

☐ 2. The odometer reading is not the actual mileage
WARNING - ODOMETER DISCREPANCY

_____
ODOMETER READING (No Tenths)

**DEALER OR AGENT:**

Signature(s) _____ Printed Firm Name _____ Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____ Printed Name(s) _____

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1. The mileage stated is in excess of its mechanical limits

☐ 2. The odometer reading is not the actual mileage
WARNING - ODOMETER DISCREPANCY

_____
ODOMETER READING (No Tenths)

**DEALER OR AGENT:**

Signature(s) _____ Printed Firm Name _____ Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____ Printed Name(s) _____

## THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2 The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

_____
ODOMETER READING (No Tenths)

**DEALER OR AGENT:**

Signature(s) _____ Printed Firm Name _____ Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____ Printed Name(s) _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

**SCRAPPED, DISMANTLED, OR DESTROYED VEHICLE** - This is to be filled in by Vehicle Owner; Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue  I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped, dismantled, or destroyed on _____, 20 ___

Owner's Signature