**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
Amy Marie Bannister,                                                    **CHAPTER 7**
        Debtor                                              **CASE NO.: 26-00511-KMS**

**ORDER LIFTING AUTOMATIC STAY,**
**ABANDONING PROPERTY AND OTHER RELIEF [Dkt. #____]**

**CAME BEFORE THIS COURT** on the motion of American Credit Acceptance, LLC

("Movant") for relief from the automatic stay, for abandonment and for other relief, the Debtor

having failed to respond and the Court hereby finds that the motion should be granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that the motion is granted as stated

herein, that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the

Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to

the following property:  2018 GMC Terrain , VIN: 3GKALPEV7JL238428.

**##END OF ORDER##**

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com
Attorney for Movant