## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
**Amy Marie Bannister,**                                                      **CHAPTER 7**
      **Debtor**                                        **CASE NO.: 26-00511-KMS**

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local

Rules, American Credit Acceptance, LLC, a party to a contested matter Miss. Bankr. L.R.

9014(c) makes the following disclosures:  American Credit Acceptance, LLC does not have any

entity owning 10% or more of its equity interests.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com