PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 § 341 MEETING
DATE: 07/08/26

IN RE: AMY MARIE BANNISTER                          CASE NO: 26-00511-KMS

**APPEARANCES:**
( ✓ ) DEBTOR 1                               (   ) DEBTOR 2 (Spouse in Joint Cases)
   ( ✓ ) Required picture I.D. produced        (   ) Required picture I.D. produced
   ( ✓ ) Required SSN verification produced    (   ) Required SSN verification produced
   (   ) Pay advices received VA Benefits      (   ) Pay advices received

Credit counseling certificate ( ✓ ) filed (   ) not filed
Tax returns received for _____2024_____(years) on _____
Financial Documents were ( ✓ ) retained by trustee (   ) returned to debtor(s)
(   ) DEBTOR'S REPRESENTATIVE _____
( ✓ ) ATTORNEY FOR DEBTOR(S): ___Jennifer Curry Calvillo_____
(   ) DEBTOR(S) APPEARED PRO SE
   YES (   ) NO (   ) If Pro Se, did anyone assist with preparation?
   YES (   ) NO (   ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
   (   ) HELD
     or
   (   ) NOT HELD
     or
   ( ✓ ) NOT CONCLUDED AND IS CONTINUED TO THE 17th DAY OF July ,
20 26 AT ___10___ O'CLOCK A .M.

YES ( ✓ ) NO(   ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S. C. §329.
CREDITOR (s) ___Temekia Edwards - U.S. Trustee's Office_____
_____

DEBTOR(s) REQUIRED TO:
(   ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
(   ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____UST Questions_____
_____

DATED: __7/8/26_____          TRUSTEE:___DEREK A. HENDERSON_____
Track # _____  or  Tape # _____ Side _____ Counter Start # _____