

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 10, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN  DISTRICT OF MISSISSIPPI

**IN RE:**         **AMY MARIE BANNISTER**                         **CASE NO.**      **26-00511-KMS**

        **DEBTOR(S)**                                          **CHAPTER     7**

### AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE AND U.S. TRUSTEE TO FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY

On **ore tenus** motion of the debtor(s) and the trustee in the above styled cause to extend the deadlines for filing § 727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt property by the case trustee or United States Trustee and the Court, having considered the same, finds for good cause shown that said **ore tenus** motion should be granted, therefore,

**IT IS ORDERED** that

(1)        The time for filing § 727 complaints is hereby extended to sixty (60) days after the conclusion of the § 341(a) meeting of creditors; and

(2)        The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the § 341(a) meeting of creditors; and

(3)        The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the § 341 (a) meeting of creditors.

## END OF ORDER##

**APPROVED AND AGREED TO:**
/s/ DEREK A. HENDERSON, TRUSTEE
Mississippi Bar No. 2260
1765-A Lelia Dr., Ste. 103
Jackson, MS  39216
601-948-3167
derek@derekhendersonlaw.com

**Thomas C. Rollins, Jr.**

Counsel for Debtor(s) Signature
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
MSBN 103469