United States Bankruptcy Court

Southern District of Mississippi

In re:

Amy Marie Bannister

Debtor

Case No. 26-00511-KMS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3

Date Rcvd: Jul 10, 2026

User: mssbad

Form ID: pdf012

Page 1 of 1

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Marie Bannister, 9820 Clayton Cemetery Rd, Lauderdale, MS 39335-9679 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor American Credit Acceptance  LLC cbarbour@blswlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Amy Marie Bannister trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 10, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN  DISTRICT OF MISSISSIPPI

IN RE:      AMY MARIE BANNISTER                      CASE NO.      26-00511-KMS

DEBTOR(S)                                            CHAPTER      7

**AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE AND U.S. TRUSTEE TO FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY**

On **ore tenus** motion of the debtor(s) and the trustee in the above styled cause to extend the deadlines for filing § 727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt property by the case trustee or United States Trustee and the Court, having considered the same, finds for good cause shown that said **ore tenus** motion should be granted, therefore,

**IT IS ORDERED** that

(1)        The time for filing § 727 complaints is hereby extended to sixty (60) days after the conclusion of the § 341(a) meeting of creditors; and

(2)        The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the § 341(a) meeting of creditors; and

(3)        The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the § 341 (a) meeting of creditors.

## END OF ORDER##

APPROVED AND AGREED TO:
/s/ DEREK A. HENDERSON, TRUSTEE
Mississippi Bar No. 2260
1765-A Lelia Dr., Ste. 103
Jackson, MS  39216
601-948-3167
derek@derekhendersonlaw.com

Thomas C. Rollins, Jr.

Counsel for Debtor(s) Signature
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
MSBN 103469