**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Amy Marie Bannister, Debtor**                    **Case No. 26-00511-KMS**
                                                                                    **CHAPTER 13**

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, American Credit Acceptance's Motion for Relief from the Automatic Stay, to Abandon Property and Other Relief (dk #47) as follows:

1. Debtor commenced this case on 02/25/2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor wishes to reaffirm the debt secured by the 2018 GMC Terrain.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
         Thomas C. Rollins, Jr. (MSBN 103469)
         Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on July 16, 2026, to:

By USPS First Class Mail:

Charles Frank Fair Barbour
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 1488
Madison, Mississippi 39130

Credit Acceptance Corporation
25505 W. 12 Mile Rd
Southfield, MI 48034

By Electronic CM/ECF Notice:

Chapter 7 Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.