## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 § 341 MEETING
### DATE: 07/17/26

IN RE: AMY MARIE BANNISTER                    CASE NO: 26-00511-KMS

**APPEARANCES:**
( ✓ ) DEBTOR 1                                      (  ) DEBTOR 2 (Spouse in Joint Cases)
    (  ) Required picture I.D. produced           (  ) Required picture I.D. produced
    (  ) Required SSN verification produced        (  ) Required SSN verification produced
    (  ) Pay advices received                      (  ) Pay advices received

Credit counseling certificate (  ) filed  (  ) not filed
Tax returns received for _____(years) on _____
Financial Documents were (  ) retained by trustee  (  ) returned to debtor(s)
(  ) DEBTOR'S REPRESENTATIVE _____
( ✓ ) ATTORNEY FOR DEBTOR(S): _____Jennifer Curry Calvillo_____
(  ) DEBTOR(S) APPEARED PRO SE
    YES (  ) NO (  ) If Pro Se, did anyone assist with preparation?
    YES (  ) NO (  ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
    ( ✓ ) HELD
      or
    (  ) NOT HELD
      or
    (  ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
20____ AT _____ O'CLOCK _____.M.

YES (  ) NO(  ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S. C. §329.
CREDITOR (s) ___None_____

DEBTOR(s) REQUIRED TO:
(  ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
(  ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES: ___UST Questions resolved_____

DATED: _7/17/26_____          TRUSTEE:____DEREK A. HENDERSON_____
Track # _____    or    Tape # _____ Side _____ Counter Start # _____