# Proceeding Minutes / Proceeding Memo

**Case #:** 26-00511 **Case Name:** Amy Marie Bannister

**Set:** 09/24/2026 10:30 am **Chapter:** 7 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2018 GMC Terrain. ., Motion to Compel Abandonment . Filed by Creditor American Credit Acceptance, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Dkt. #47)

Response filed by the Debtor (Dkt. #57)

---

Minute Entry Re: (related document(s): [47] Motion for Relief From Stay filed by American Credit Acceptance, LLC) Barbour to submit an Agreed Order. Order due by 10/08/2026. Called in by Barbour. (mcc)