**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Amy Marie Bannister, Debtor** **Case No. 26-00511-KMS**
**CHAPTER 13**

# MOTION TO DELAY DISCHARGE

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 02/25/2026.
2. Pursuant to 11 U.S.C. § 727, the Debtor is eligible to receive a discharge; however, the Debtor requests that the discharge be temporarily delayed.
3. The Debtor intends to assume a lease with Summit Management.
4. The parties are in the process of completing the Lease Assumption Agreement and require additional time to finalize the agreement.
5. Granting this Motion will not prejudice creditors or the Chapter 7 Trustee, as the Debtor is acting in good faith to retain the property and reaffirm the associated debt.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order delaying the entry of the discharge for a period of 60 days, or such other time as the Court deems appropriate, to allow sufficient time to execute a reaffirmation agreement, and for all other just and proper relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Delay Discharge was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.