**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Amy Marie Bannister, Debtor** **Case No. 26-00511-KMS**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to delay discharge.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Delay Discharge.

Date: September 16, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Amy Marie Bannister, Debtor** **Case No. 26-00511-KMS**
**CHAPTER 13**

# MOTION TO DELAY DISCHARGE

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 02/25/2026.
2. Pursuant to 11 U.S.C. § 727, the Debtor is eligible to receive a discharge; however, the Debtor requests that the discharge be temporarily delayed.
3. The Debtor intends to assume a lease with Summit Management.
4. The parties are in the process of completing the Lease Assumption Agreement and require additional time to finalize the agreement.
5. Granting this Motion will not prejudice creditors or the Chapter 7 Trustee, as the Debtor is acting in good faith to retain the property and reaffirm the associated debt.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order delaying the entry of the discharge for a period of 60 days, or such other time as the Court deems appropriate, to allow sufficient time to execute a reaffirmation agreement, and for all other just and proper relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Delay Discharge was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
AMY MARIE BANNISTER

CASE NO: 26-00511-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Delay Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

AMY MARIE BANNISTER

CASE NO: 26-00511-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/17/2026, a copy of the following documents, described below,

Notice and Motion to Delay Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00511-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED SEP 16 14-14-25 PST 2026

EXCLUDE

(U)AMERICAN CREDIT ACCEPTANCE LLC

FIRST HERITAGE
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

VERIZON BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON MS 39201-5036

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE TN 37204-2351

EXCLUDE

(D)ADVANCE FINANCIAL
100 OCEANSIDE DR
NASHVILLE TN 37204-2351

AMERICAN CREDIT ACCEP
ATTN BANKRUPTCY
961 E MAIN ST FL 2
SPARTANBURG SC 29302-2185

BRADY J HOWELL
6261 13TH AVE
MERIDIAN MS 39305-1254

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

COVINGTON CREDIT
ATTN BANKRUPTCY
POBOX 1947
GREENVILLE SC 29602-1947

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD MI 48034-8331

CREDIT COLLECTION SERV
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

FIRST HERITAGE
101 N MAIN ST STE 600
GREENVILLE SOUTH CAROLINA 29601-4846

(P)SEQUIUM ASSET SOLUTIONS LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

IRS
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MONEYLION INC
ATTN BANKRUPTCY DEPT
PO BOX 1547
SANDY UT 84091-1547

NELNET
PO BOX 82561
LINCOLN NE 68501-2561

ONEMAIN FINANCIAL GROUP LLC
PO BOX 3251
EVANSVILLE IN 47731-3251

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PURCHASING POWER
1375 PEACHTREE STREET
SUITE 500
ATLANTA GA 30309-3109

(P)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

PURCHASING POWER LLC
2727 PACES FERRY RD SE
BUILDING 2 SUITE 1200
ATLANTA GA 30339-6199

QUANTUM3 GROUP LLC AS AGENT FOR
PLAZA SERVICES LLC
PO BOX 788
KIRKLAND WA 98083-0788

(P)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

SHAELEY FINCH
5934 CENTER HILL RD
BAILEY MS 39320-9799

SINGING RIVER FCU
6006 HIGHWAY 63
MOSS POINT MS 39563-9534

SPRINGLF FIN
PO BOX 1010
EVANSVILLE IN 47706-1010

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1911

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~

~~(D)VERIZON~~
~~BY AIS INFOSOURCE LP AS AGENT~~
~~4515 N SANTA FE AVE~~
~~OKLAHOMA CITY OK 73118-7901~~

VERIZON WIRELESS
ATTN BANKRUPTCY DEPT
POBOX 408
NEWARK NJ 07101-0408

DEBTOR

AMY MARIE BANNISTER
9820 CLAYTON CEMETERY RD
LAUDERDALE MS 39335-9679

~~EXCLUDE~~

~~DEREK A HENDERSON T1~~
~~1765A LELIA DRIVE~~
~~SUITE 103~~
~~JACKSON MS 39216-4820~~

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~