**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Amy Marie Bannister,**
**Debtor**

**CHAPTER 7**
**CASE NO.: 26-00511-KMS**

# AGREED ORDER LIFTING AUTOMATIC STAY, ABANDONING PROPERTY AND OTHER RELIEF [DKT #47]

**CAME BEFORE THIS COURT** on the motion of American Credit Acceptance, LLC ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. § 554(b) and for other relief, and the Court, based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. Movant holds a claim against Debtor, which is secured by a 2018 GMC Terrain , VIN: 3GKALPEV7JL238428 ("Property").

2. The value of the Property is approximately $9,000.00 based on ninety percent of the NADA retail value.

3. Debtor owes Movant the total debt of approximately $27,895.05.

4. Movant has not been provided adequate protection with respect to its claim secured by the Property.

5. That good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Property to be abandoned.

6. On information and belief, Debtor intends to voluntarily surrender the Property.

7. This Order shall be binding upon Debtor, Debtor's successors and assigns.

8. Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion is granted as stated herein, that the automatic stay of 11 U.S.C. § 362 against Movant exercising its rights as to its collateral is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant

/s/ Thomas Carl Rollin, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/ Derek A. Henderson (w/permission CB)
Derek A. Henderson
Bankruptcy Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
cbarbour@blswlaw.com