**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Amy Marie Bannister, Debtor** **Case No. 26-00511-KMS**
**CHAPTER 13**

## ORDER DELAYING DISCHARGE

THIS CAUSE having come on this date on the Debtor's Motion to Delay Discharge (DK # 66 ), the Court, having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Delay Discharge is granted. The entry of the Debtor's discharge is hereby delayed for a period of 60 days from the date of this Order. The delay is granted to allow the Debtor additional time to finalize the Lease Assumption Agreement with Summit Financial.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR